**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **COLIN PETRUS,**<br>on behalf of himself and all other similarly situated, | Case No. 1:24-cv-06872 |
| Plaintiff, | District Judge Jorge L. Alonso<br>Magistrate Judge Albert Berry III |
| vs. | |
| **KOPPERS, INC.,** | |
| Defendant. | |

---

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

---

NOW COMES Plaintiff Colin Petrus, by and through his undersigned counsel and on behalf of himself and all others similarly situated, and respectfully moves this Court for entry of an order that will allow for the implementation of the Settlement Agreement reached in this case by: (1) conditionally certifying the Settlement Class solely for purposes of settlement; (2) preliminarily approving the Settlement Agreement (attached hereto as **Exhibit 1**); (3) directing notice to the Settlement Class; (4) scheduling a Settlement Fairness and Final Approval Hearing for final approval of the Settlement Agreement; and (5) appointing a class representative and Class Counsel.[1] In support of this Motion, Plaintiff relies on the attached memorandum of law and states as follows:

1. This case was filed on August 6, 2024 by Plaintiff Colin Petrus on behalf of a proposed class of his neighbors against Defendant Koppers, Inc. (hereinafter, "Defendant"),

---

[1] Capitalized terms shall have the same meaning here as assigned to them in the Settlement Agreement.

alleging claims of public nuisance, private nuisance, and negligence. (ECF No. 1, PageID 1). Plaintiff filed his First Amended Complaint on November 11, 2024. *See* (ECF No. 22).

2. Plaintiff alleges that Defendant, through its ownership and operation of its manufacturing facility located at 3900 S. Laramie Avenue in Cicero, Illinois (the "Facility") has caused noxious odors to invade the private residential properties of Plaintiff and the proposed Settlement Class as well as public spaces within a 1-mile radius around the Facility. (ECF No. 22, PageID 76).

3. In an effort to avoid the time, risk, and expense of further litigation, the Parties engaged in settlement discussions to determine whether a resolution of this case could be reached prior to the disclosure of class certification expert reports. To that end, the Parties agreed to participate in a judicial settlement conference with Hon. Albert Berry III on July 30, 2026, at which time the Parties reached an agreement to resolve this case on the terms set forth in the Settlement Agreement.

4. Based on the investigation and evaluation of the facts and law relating to his claims, Plaintiff (on behalf of himself and the proposed Settlement Class) and Class Counsel have agreed to settle this lawsuit pursuant to the terms of the Settlement Agreement. (**Ex. 2- Declaration of Laura L. Sheets**, ¶ 29).

5. The terms of the proposed settlement are fully set forth in the Settlement Agreement. (**Ex. 1**). Defendant has agreed to pay $625,000 in direct monetary relief for the benefit of the Settlement Class to be allocated pursuant to the procedures outlined in the Settlement Agreement. (*Id.*, sec. 5).

6. The Parties have to agreed to a Settlement Class, for settlement purposes only, defined as follows:

> **All owners or occupants of residential property within the Class Area during the Class Period, exclusive of those who file a valid and timely request to Opt-Out.**

This area is roughly depicted in the Class Area Map attached as **Exhibit 1-A**. This map is for illustrative purposes only and does not create, eliminate, or alter any rights of potential Settlement Class Members.

7. As part of the proposed Settlement Agreement, the Parties have agreed to the appointment of Steven Liddle, Laura Sheets, and Reed Solt of Liddle Sheets PC as Class Counsel and the appointment of Colin Petrus as the class representative. (**Ex. 1**, sec. 4(c)).

8. The proposed Settlement Agreement was achieved in good faith and without any undue influence. Each side has zealously represented its interests. (**Ex. 2**, ¶¶ 16-18).

9. The proposed Settlement Agreement was achieved by counsel experienced in similar litigation. (**Ex. 2**, ¶¶ 2-8).

10. To effectuate the settlement, the Parties respectfully request that the Court enter an Order:

   a. Conditionally certifying this case as a class action for settlement purposes only pursuant to Federal Rule of Civil Procedure 23;

   b. Defining the Settlement Class as described herein;

   c. Appointing Steven D. Liddle, Laura L. Sheets, and D. Reed Solt as Class Counsel;

   d. Appointing Plaintiff Colin Petrus as class representative;

   e. Approving the Notice attached as **Exhibit 1-D** and the manner of providing the Notice by first class mail as compliant with Federal Rule of Civil Procedure 23(e);

   f. Approving the Claim Form attached as **Exhibit 1-E** which will be disseminated via first class mail to the Settlement Class along with the Notice;

   g. Preliminarily approving the Settlement Agreement as fair, reasonable, and adequate; and

h. Scheduling a notice date by which delivery of the Notice must commence, an objection deadline by which Settlement Class Members may submit objections to the Settlement Agreement, an Opt-Out deadline by which Settlement Class Members may exclude themselves from the settlement, and a Settlement Fairness and Final Approval Hearing to hear any objections from Settlement Class Members and to consider final approval of the proposed settlement.

11. A proposed Preliminary Approval Order is attached hereto as **Exhibit 1-B**.

WHEREFORE, Plaintiff, on behalf of himself and the proposed Settlement Class, respectfully requests that the Court grant this Motion and enter the proposed Preliminary Approval Order (**Exhibit 1-B**).

Dated: September 18, 2026

Respectfully Submitted,

*/s/ D. Reed Solt*
Steven D. Liddle*
Laura L. Sheets*
D. Reed Solt*
*Admitted Pro Hac Vice
**LIDDLE SHEETS P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015
Fax: (313) 392-0025
sliddle@lsclassaction.com
lsheets@lsclassaction.com
rsolt@lsclassaction.com

*Attorneys for Plaintiff*